IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID N. COX, II,<br>HEATHER K. COX, and<br>COX'S AG SERVICES, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LANCASTER TOWNSHIP,<br>MICHAEL CORNELL,<br>in his official and individual capacity,<br>CHRISTOPHER ALTMAN,<br>in his official and individual capacity,<br>and C. MICHAEL FOOTE,<br>in his official an individual capacity,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-1548<br><br>HONORABLE MARK R. HORNAK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Electronically Filed. |

## ORDER

AND NOW, this 14th day of July, 2025, upon consideration of Plaintiffs' Notice of Voluntary Dismissal, said motion is GRANTED. It is ORDERED that the above-captioned matter is hereby dismissed with prejudice.

By the Court,

_____ J.